In the Matter of JOSEPH A. ALBRECHT et al., Copartners under the Firm Name of ALBRECHT, MAGUIRE & MILLS, Appellants.

MENNO A. REEB, Respondent.

(Argued February 10, 1930; decided March 18, 1930.)

*Edward N. Mills* and *William H. Watson* for appellants.
*Frank G. Raichle, Jr.,* and *Carlos C. Alden* for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.